# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JOHN ROCKEY AND MUBEENA ROCKEY,** | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § § | CIVIL CASE 5:17-cv-01032-XR |
| **CHUBB LLOYDS INSURANCE COMPANY OF TEXAS,** | § § § § | |
| Defendant. | § | |

## ADVISORY REPORT TO COURT

TO THE HONORABLE U.S. DISTRICT COURT JUDGE OF THIS COURT:

John and Mubeena Rockey, Plaintiffs, file this Advisory Report to the Court notifying the Court that the above referenced lawsuit was mediated between the parties on May 15, 2018, with the Honorable Phyllis Speedlin, and that all matters in controversy were resolved. The exchange of documentation and consideration will be completed within 30 days, including the filing of an agreed order for dismissal with prejudice of all claims between the parties.

Respectfully Submitted,

Steven J. Medina
State Bar No. 13895550
smedina@fcbtxlaw.com
LAW OFFICE OF STEVEN J. MEDINA
130 E. Travis Street, Suite 350
San Antonio, TX 78205
Tel: (210 231-0919
Fax: (210) 2317-0919
**ATTORNEYS FOR PLAINTIFFS,
JOHN ROCKEY & MUBEENA ROCKEY**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record in accordance with the Federal Rules of Civil Procedure, on this 16th day of May, 2018:

Jennifer Martin
Email: Jennifer.martin@wilsonelser.com
Lisa Wilson
Email: lisa.wilson@wilsonelser.com
Michael Rose
Email. Michael.rose@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202

BY: _____
STEVEN J. MEDINA