# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN ROCKEY AND MUBEENA ROCKEY § § § Plaintiff, § § v. § CHUBB LLOYD'S INSURANCE § COMPANY OF TEXAS § § Defendant. § | CIVIL CASE NO. SA-17-CV-1032-XR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME, by and through the undersigned counsel, Plaintiffs JOHN ROCKEY and MUBENNA ROCKEY, ("Plaintiffs") and Defendant CHUBB LLOYDS INSURANCE COMPANY OF TEXAS ("Defendant") who, pursuant to Federal Rule of Civil Procedure 41(a), each do hereby stipulate and agree that all claims alleged by Plaintiffs against Defendant have been resolved and that all claims against Defendant should be dismissed with prejudice as to the refilling of same. The parties further stipulate that they shall bear their own attorneys' fees and costs.

WHEREFORE, Plaintiffs, JOHN ROCKEY and MUBENNA ROCKEY and Defendant, CHUBB LLOYDS INSURANCE COMPANY OF TEXAS pray that the Court issue an Order dismissing all claims against Defendant, CHUBB LLOYDS INSURANCE COMPANY OF TEXAS with prejudice.

Respectfully submitted,

*/s/ Steven J. Medina*
**Steven J. Medina**
State Bar No.  13895550
Email: smedina@fcbtxlaw.com

**LAW OFFICE OF STEVEN J. MEDINA**
130 E. Travis Street, Ste. 350
San Antonio, TX  78205
Tel:  210.231.0919

**ATTORNEYS FOR PLAINTIFFS**

*and*

*/s/ Michael D. Rose*
**LISA WILSON**
Texas State Bar No. 24013767
Email: lisa.wilson@wilsonelser.com
**MICHAEL D. ROSE**
Texas State Bar No. 24035610
Email: michael.rose@wilsonelser.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Fax: (214) 698-1101

**ATTORNEYS FOR CHUBB LLOYDS INSURANCE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 8th day of June, 2018.

**LISA WILSON**
Texas State Bar No. 24013767
Email: lisa.wilson@wilsonelser.com
**MICHAEL D. ROSE**
Texas State Bar No. 24035610
Email: michael.rose@wilsonelser.com

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Fax: (214) 698-1101

**ATTORNEYS FOR CHUBB LLOYDS**
**INSURANCE COMPANY OF TEXAS**

*/s/ Steven J. Medina*
**STEVEN J. MEDINA**